# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHN MARC EDWARDS § Case No. 11-31786
§ Hon. TIMOTHY A. BARNES
§ Chapter 7
§

Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00a.m. on 11/26/2013 in Courtroom 613, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2013    By: Clerk U. S. Bankruptcy Court
                               (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603
(312) 726-3377

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: JOHN MARC EDWARDS § Case No. 11-31786
§ Hon. TIMOTHY A. BARNES
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $29,002.53 |
| *and approved disbursements of* | $152.04 |
| *leaving a balance on hand of* [1] | $28,850.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $28,850.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $3,650.25 | $0.00 | $3,650.25 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $17.30 | $0.00 | $17.30 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $7,065.00 | $0.00 | $7,065.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* <u>*U.S. Bankruptcy Court*</u> | |
| *Fees,* <u>*United States Trustee*</u> | |
| Other | |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $10,732.55 |
| Remaining balance: | $18,117.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for            , Fees* | | | |
| *Attorney for            , Expenses* | | | |
| *Accountant for          , Fees* | | | |
| *Accountant for          , Expenses* | | | |
| Other | | | |

| | |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $18,117.94 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling __$6,392.75__ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE | $6,392.75 | $0.00 | $6,392.75 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $6,392.75 |
| Remaining balance: | $11,725.19 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling      $648,529.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be   1.8  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services | $47,711.91 | $0.00 | $862.61 |
| 2 | Deseret First Credit Union | $39,576.37 | $0.00 | $715.53 |
| 3 | Chase Bank USA, NA | $45,834.48 | $0.00 | $828.70 |
| 4 | American Express Centurion Bank | $5,745.88 | $0.00 | $103.88 |
| 5 | BMO Harris | $487,793.15 | $0.00 | $8,819.11 |
| 6 | Chase Bank USA, NA | $21,867.78 | $0.00 | $395.36 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $11,725.19 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling      $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE |  | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$1,194.60_ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___0__ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE | $1,194.60 | $0.00 | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street - Suite 902
Chicago, IL 60603
(312) 726-3377

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-31786-TAB
John Marc Edwards Chapter 7
  Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1  User: lhuley  Page 1 of 1  Date Rcvd: Oct 25, 2013
                     Form ID: pdf006  Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2013.
```
db          #+John Marc Edwards,    639 W. Surf Street,    Chicago, IL 60657-5311
17950888     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17793800    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17625254    #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17658819     +BluePay,    184 Shuman Blvd., $350,    Naperville, IL 60563-8433
17625255     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17625256     +Chase Bank USA N.A.,     ATTN: Legal Dept.,    131 S. Dearborn St, 5th Floor,
              Chicago, IL 60603-5517
17881139      Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
17625258     +Deseret First Credit Union,    2480 S. 3850 W., Suite C,    Salt Lake City, UT 84120-7296
17625257     +Gary E. Green,    Clark Hill PLC,    150 N. Michigan Ave, Suite 2700,    Chicago, IL 60601-7576
17625260     +Harris N.A.,    3800 Golf Rd Ste. 300,    Rolling Meadows, IL 60008-4037
17625259     +Harris N.A.,    Attn: Bankruptcy,    3800 Golf Rd Ste. 300/Po Box 8759,
              Rolling Meadows, IL 60008-8759
17625261    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
              100 W. Randolph Street,    Chicago, IL 60601)
18111707     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
17625262     Illinois Department of Revenue,    P.O.Box 19006,    Springfield, IL 62794-9006
17658820    +John Gray,    5115 N. Clark,    Chicago, IL 60640-3061
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18084513*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2013 at the address(es) listed below:
```
              Alfredo J Garcia    on behalf of Debtor John Marc Edwards notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Allan J DeMars     alland1023@aol.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Gary E. Green    on behalf of Creditor    BMO HARRIS BANK N.A. F/K/A HARRIS N.A.
               ggreen@clarkhill.com, jfelker@clarkhill.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Xiaoming Wu    on behalf of Debtor John Marc Edwards notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                             TOTAL: 6
```